NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number  05-411

Michael P. S. Scanlon
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Plato Cacheris, DC Bar No. 01743
(Attorney & Bar ID Number)

Trout Cacheris PLLC
(Firm Name)

1350 Connecticut Ave., NW #300
(Street Address)

Washington, DC  20036
(City)          (State)        (Zip)

202-464-3310
(Telephone Number)