UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
NOV 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

CASE NO. : 05-411 (ESH)

V.

MICHAEL P. S. SCANLON,

Defendant.

## WAIVER OF INDICTMENT

I, Michael P.S. Scanlon, the above named defendant, who is accused of conspiring to commit honest services mail and wire fraud, property mail and wire fraud and bribery, all in violation of Title 18 U.S.C. § 371, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on November 21, 2005 prosecution by indictment and consent that the proceeding may be by information rather than indictment.

Michael P.S. Scanlon,
Defendant

Counsel for Defendant
Stephen Braga
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004

Plato Cacheris, Esq., John Hundley, Esq.
Trout Cacheris PLLC
1359 Connecticut Ave., NW, Suite 1200
Washington, DC 20036

Before  E S Hirch
        Judge