**United States of America**
v.
Michael P.S. Scanlon
*Defendant's name*

*Defendant's address*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Case No. CR 05-411

## YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE**

[✓] **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

[✓] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

OF $5,000,000

[ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____%.

[ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

**FILED**
NOV 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

[ ] **1) SUPERVISORY CUSTODY** — You hereby agree to be placed in the custody of _____ who agrees (a). to supervise you in accordance with the conditions below, (b). to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c). to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone — 727-2800.

*Custodian's name*
*Custodian's address*
SIGNATURE OF CUSTODIAN
*Custodian's phone no.*

[✓] **2) YOU ARE TO REPORT**
[✓] weekly
[ ] other-specify
[ ] in person
[✓] by phone
TO
[ ] THE D.C. PRETRIAL SERVICES AGENCY AT 202-442-1002
[ ] Your attorney, whose name and address is shown below.

[ ] **3) YOU ARE TO LIVE**
[ ] at _____ address _____ phone no.
[ ] with _____ name and relationship to defendant _____ phone no.
[ ] at _____ address _____ phone no. _____ being in at night by _____ P.M. time

[ ] **4a) YOU ARE TO WORK**
[ ] by obtaining a job within _____ days and reporting it to the D.C. Pretrial Services Agency at 727-2800.
[ ] by maintaining your job at _____ Employer's name and address

[ ] **4b) YOU ARE TO STUDY**
[ ] by enrolling in school at _____ name and address
[ ] by maintaining your student status at _____ name and address

[ ] **5) YOU ARE TO STAY**
[ ] away from the complaining witness.
[ ] Within the D.C. area.

[ ] **6) NARCOTICS**

[✓] **7) OTHER CONDITION** IF THE DEFENDANT TRAVEL OUT OF THE COUNTRY, COURT WILL REQUIRE 2 WEEK NOTICE

[ ] **8) REARREST** Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

**NEXT DUE BACK**: in Courtroom 19 at 9:30 AM on 3/1/06 or when notified and you must appear at all subsequent continued dates. You must also appear

**YOUR ATTORNEY** Stephen Braga
1299 Pennsylvania Ave NW Wash DC 20004
202-639-7700

**DEFENDANT'S SIGNATURE**: [signed]
I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**WITNESSED BY** Gwendolyn Franklin (title and agency) Courtroom Deputy

**IMPORTANT**: YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 727-2800, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date November 21, 2005

**SO ORDERED**
Ellen S Huck
*Signature of Judge*

CO-625
(Revised - DC 04/00)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Unsecured Appearance Bond

FILED

NOV 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   )
                           )
vs.                        )   Criminal Case No:   **05-411**
                           )
**Michael P.S. Scanlon**   )
                           )

     We the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to pay the United States of America, the sum of ____**$5,000,000.00 (Five Million)**____, and hereby deposit the sum of ____**N/A**____ in the Office of the Clerk as security therefore.

     The conditions of this bond are that the defendant is to appear before United States District Court for the District of Columbia at 3rd Street and Constitution Avenue, N.W., Washington, D.C., and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above entitled matter as may be given or issued by the United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not to depart the District of Columbia, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after the defendant has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the United States District Court for the District of Columbia or the United States District court for such other district; that the defendant is to abide any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe. The defendant also is to abide any order in this matter issued by the United States Court of Appeals for the District of Columbia Circuit.

     If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

     It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned are duly exonerated.

This bond signed on this __21__ day of __November__, __2005__ at Washington, D.C.

Signature of Defendant: _[signature]_   Address: _[redacted]_

Signature of
Surety/Depositor: ____N/A____   Address:

Signed and acknowledged before me this __22__ day of __November__, __2005__

NANCY MAYER-WHITTINGTON, Clerk

By _[signature]_
Deputy Clerk