NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                              Criminal Number  05-411

**Michael P. S. Scanlon**
            (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*Stephen L. Braga (meg)*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Stephen L. Braga 366727**
(Attorney & Bar ID Number)

Baker Botts, LLP
(Firm Name)

**1299 Penn. Ave., NW**
(Street Address)

**Washington, DC  20004**
(City)        (State)        (Zip)

**202-639-7704**
(Telephone Number)