NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                             Criminal Number  05-411

# Michael P. S. Scanlon
(Defendant)

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐  CJA            ☒  RETAINED            ☐  FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

John F. Hundley, DC Bar No. 449915
(Attorney & Bar ID Number)

Trout Cacheris PLLC
(Firm Name)

1350 Connecticut Ave., NW #300
(Street Address)

Washington, DC  20036
(City)                    (State)           (Zip)

202-464-3310
(Telephone Number)