**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **05cr411 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL P. S. SCANLON,** | : | |
| | : | |
| **Defendant.** | : | |

**Joint Status Report and Motion for a New Status Conference**

On November 21, 2005, the Court accepted Michael Scanlon's plea of guilty, deferred setting a date for his sentencing, and scheduled a status conference for March 1, 2006, at 9:30 a.m. The United States and Mr. Scanlon now jointly report on the status of the Mr. Scanlon's cooperation, and jointly move the Court to continue the status conference to a date not less than 90 days in the future.

As part of his plea agreement, Mr. Scanlon has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Scanlon has been cooperating with government agents and prosecutors. The government anticipates that Mr. Scanlon's cooperation will continue for the foreseeable future.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Scanlon. The parties also ask that the Court continue the status conference to a date not less than 90 days in the future in order to allow Mr. Scanlon's cooperation to continue uninterrupted. A proposed order is attached.

Dated this 28th day of February, 2006.

FOR THE UNITED STATES

| | |
|---|---|
| ANDREW LOURIE | PAUL E. PELLETIER |
| Acting Chief, Public Integrity Section | Acting Chief, Fraud Section |
| | |
| __/s/ (M. Kendall Day)_____ | _/s/ (Nathaniel B. Edmonds) |
| Mary K. Butler | Guy D. Singer |
| M. Kendall Day | Nathaniel B. Edmonds |
| Trial Attorneys | Trial Attorneys |
| Criminal Division | Criminal Division |
| U.S. Department of Justice | U.S. Department of Justice |

FOR THE DEFENDANT

/s/ (John F. Hundley)_____
Plato Cacheris, Esq.
John F. Hundley, Esq.
Trout Cacheris, PLLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 05cr411 (ESH) |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL P. S. SCANLON,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

By joint Status Report and Motion dated February 28, 2006, the parties moved for an order deferring sentencing and scheduling a new status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for March 1 at 9:30 a.m. is cancelled;

2. A new status hearing is scheduled for _____ at _____ a.m./p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Scanlon until such later date.

It is so ORDERED this _____ day of February, 2006.

_____
Judge Ellen Segal Huvelle
United States District Judge