UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **05cr411 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL P. S. SCANLON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorneys, Andrew Lourie, Acting Chief of the Criminal Division's Public Integrity Section, and Paul E. Pelletier, Acting Chief of the Criminal Division's Fraud Section, and Trial Attorney M. Kendall Day, hereby inform the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

PAUL E. PELLETIER               ANDREW LOURIE
Acting Chief, Fraud Section     Acting Chief, Public Integrity Section

　　　　　　　　　　　　　　　　/s/　　　　　　　
　　　　　　　　　　　　　　M. Kendall Day
　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　Criminal Division, Public Integrity Section
　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　1400 New York Ave., NW
　　　　　　　　　　　　　　Suite 12100
　　　　　　　　　　　　　　(O) 202-353-2248
　　　　　　　　　　　　　　(F) 202-514-3003
　　　　　　　　　　　　　　m.kendall.day@usdoj.gov