UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 05cr411 (ESH) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL P. S. SCANLON, | : | |
| | : | |
| Defendant. | : | |

### Joint Status Report and Motion for a New Status Conference

On November 21, 2005, the Court accepted Michael Scanlon's plea of guilty, deferred setting a date for his sentencing, and scheduled a status conference for March 1, 2006, at 9:30 a.m. By minute order dated February 28, 2006, the Court continued the status conference to June 6, 2006. The United States and Mr. Scanlon now move the Court to continue the status conference to September 6, 2006.

As part of his plea agreement, Mr. Scanlon has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Scanlon has been cooperating with government agents and prosecutors. The government anticipates that Mr. Scanlon's cooperation will continue for the foreseeable future.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Scanlon. The parties also ask that the Court continue the status conference to the morning of September 6, 2006, in order to allow Mr. Scanlon's cooperation to continue uninterrupted. A proposed order is attached.

Dated this 1st day of June, 2006.

FOR THE UNITED STATES

| ANDREW LOURIE | PAUL E. PELLETIER |
| --- | --- |
| Acting Chief, Public Integrity Section | Acting Chief, Fraud Section |
| | |
| ___/s/ (M. Kendall Day)_____ | _/s/ (Guy D. Singer)_ |
| Mary K. Butler | Guy D. Singer |
| M. Kendall Day | Nathaniel B. Edmonds |
| Trial Attorneys | Trial Attorneys |
| Criminal Division | Criminal Division |
| U.S. Department of Justice | U.S. Department of Justice |

FOR THE DEFENDANT

/s/ (Stephen L. Braga)_____
Stephen L. Braga, Esq.
Baker Botts, LLP

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 05cr411 (ESH) |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL P. S. SCANLON,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

By joint Motion dated June 1, 2006, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for June 6 at 9:15 a.m. is cancelled;

2. A new status hearing is scheduled for September 6, 2006, at 9:15 a.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Scanlon until such later date.

It is so ORDERED this _____ day of June, 2006.

_____
Judge Ellen Segal Huvelle
United States District Judge