UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 05cr411 (ESH) |
| | : | |
| v. | : | |
| **MICHAEL P. S. SCANLON,** | : | |
| Defendant. | : | |

**Joint Motion to Continue Status Conference**

On November 21, 2005, the Court accepted Michael Scanlon's plea of guilty, deferred setting a date for his sentencing, and scheduled status conferences which have been continued by this Court based on joint motions by the parties. By Minute Order dated August 28, 2006, the Court continued the last scheduled status conference to December 8, 2006. The United States and Mr. Scanlon now move the Court to continue the status conference to a date not less than 90 days in the future.

As part of his plea agreement, Mr. Scanlon has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Scanlon has been cooperating with government agents and prosecutors. The government anticipates that Mr. Scanlon's cooperation will continue for the foreseeable future. In the view of both parties, no issues have arisen which require the Court's intervention.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Scanlon. The parties also ask that the Court continue the status conference now set for December 8th to a date not less than 90 days in the future in order to allow Mr. Scanlon's cooperation to continue uninterrupted. A proposed order is attached.

Dated this 1st day of December, 2006.

| FOR THE UNITED STATES | FOR THE DEFENDANT |
|---|---|
| EDWARD C. NUCCI<br>Acting Chief, Public Integrity Section | /s/ (Stephen L. Braga)_____<br>Stephen L. Braga, Esq.<br>Baker Botts, LLP |
| STEVEN A. TYRELL<br>Chief, Fraud Section | |
| __/s/ (Mary. K. Butler)_____<br>Mary K. Butler<br>M. Kendall Day<br>Nathaniel B. Edmonds<br>Trial Attorneys<br>Criminal Division<br>U.S. Department of Justice | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 05cr411 (ESH) |
| | : | |
| **v.** | : | |
| **MICHAEL P. S. SCANLON,** | : | |
| **Defendant.** | : | |

### ORDER

By joint Motion dated December 1, 2006, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for December 8 at 9:15 a.m. is cancelled;

2. A new status hearing is scheduled for _____ at _____ a.m./p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Scanlon until such later date.

It is so ORDERED this _____ day of December, 2006.

_____
Judge Ellen Segal Huvelle
United States District Judge