UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :      05cr411 (ESH)
                                 :
                                 :
                                 :
            v.                   :
                                 :
MICHAEL P. S. SCANLON,           :
                                 :
        Defendant.               :

**FILED**
MAY 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

By joint Motion dated May 21, 2007, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for June 5 at 9:30 a.m. is vacated;

2. A new status hearing is scheduled for _Sept. 7_ at _9:30_ (a.m.)/p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Scanlon until such later date.

It is so ORDERED this _21_ day of May, 2007.

_____
Judge Ellen Segal Huvelle
United States District Judge

3