# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 05cr411 (ESH) |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL P. S. SCANLON,** | : | |
| | : | |
| **Defendant.** | : | |

## Joint Motion to Continue Status Conference

On November 21, 2005, the Court accepted Michael Scanlon's plea of guilty, deferred setting a date for his sentencing, and scheduled a status conference. By Minute Order dated May 21, 2007, the Court continued the status hearing until September 7, 2007. The United States and Mr. Scanlon now move the Court to continue the status conference to a date not less than 90 days in the future.

As part of his plea agreement, Mr. Scanlon has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Scanlon has been cooperating with government agents and prosecutors. The government anticipates that Mr. Scanlon's cooperation will continue for the foreseeable future. In the view of both parties, no issues have arisen which require the Court's intervention at this time.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Scanlon. The parties also ask that the Court continue the status conference to a date not less than 90 days in the future in order to allow Mr. Scanlon's cooperation to continue uninterrupted. A proposed order is attached.

Dated this 27th day of August, 2007.

FOR THE UNITED STATES

WILLIAM M. WELCH II
Chief, Public Integrity Section

STEVEN A. TYRRELL
Chief, Fraud Section

  /s/ (M. Kendall Day)_____
Mary K. Butler
M. Kendall Day
Nathaniel B. Edmonds
Trial Attorneys
Criminal Division
U.S. Department of Justice

FOR THE DEFENDANT

/s/ (Stephen L. Braga)_____
Stephen L. Braga, Esq.
Baker Botts, LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 05cr411 (ESH) |
| | : | |
| **v.** | : | |
| **MICHAEL P. S. SCANLON,** | : | |
| **Defendant.** | : | |

### ORDER

By joint Motion dated August 27, 2007, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for September 7 at 9:30 a.m. is vacated;

2. A new status hearing is scheduled for _____ at _____ a.m./p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Scanlon until such later date.

It is so ORDERED this _____ day of August, 2007.

_____
Judge Ellen Segal Huvelle
United States District Judge