UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 05cr411 (ESH) |
| | : | |
| v. | : | |
| MICHAEL P. S. SCANLON, | : | |
| Defendant. | : | |

### ORDER

By joint Motion dated November 26, 2007, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for December 17 at 10:00 a.m. is vacated;

2. A new status hearing is scheduled for _March 14_ at _9:15_ a.m./~~p.m.~~; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Scanlon until such later date.

It is so ORDERED this _27_ day of November, 2007.

_____
Judge Ellen Segal Huvelle
United States District Judge

3