UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 05cr411 (ESH) |
| v. | : | |
| MICHAEL P. S. SCANLON, | : | |
| Defendant. | : | |

FILED
MAR 0 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

By joint Motion dated March 5, 2008, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for March 14 at 9:15 a.m. is vacated;

2. A new status hearing is scheduled for June 13, 2008 at 9:15 a.m./p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Scanlon until such later date.

It is so ORDERED this 5 day of March, 2008.

_____
Judge Ellen Segal Huvelle
United States District Judge

3