UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 05cr411 (ESH) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL P. S. SCANLON, | : | |
| | : | |
| Defendant. | : | |

**FILED**

JUN 0 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

By joint Motion dated June 5, 2008, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for June 13 at 9:15 a.m. is vacated;

2. A new status hearing is scheduled for __Sept. 5__ at __9:15__ a.m./p.m.; and

3. The Court defers setting a sentencing date or ordering a presentence investigation report for Mr. Scanlon until such later date.

It is so ORDERED this __9__ day of June, 2008.

_Ellen S Huvelle_
Judge Ellen Segal Huvelle
United States District Judge

3